IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01819-REB-MJW

JANE POSEN,

Plaintiff(s),

v.

MICHAEL GILLILAND, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Revised Stipulated Motion to File Amended Counterclaims and for Extension of Time to Respond to Plaintiff's Motion to Dismiss Gilliland's Counterclaims (docket no. 64) is GRANTED.  Defendant shall have up to and including December 2, 2005, to file his amended counterclaims.  Defendant shall have up to and including December 6, 2005, to file his Opposition to Plaintiff's Motion to Dismiss Gilliland's Counterclaims.  Plaintiff shall have up to and including December 23, 2005, to respond to Defendant's Amended Counterclaims.

It is FURTHER ORDERED that Defendant's Revised Motion to File Supplemental Response Pleadings Under Temporary Seal (docket no. 66) is GRANTED.  The Defendant's Revised Motion to File Supplemental Response Pleadings Under Temporary Seal (docket nos. 66, 68, and 73) and the Defendant's Revised Supplemental Response to Plaintiff's Motion to Remand to State District Court (docket nos. 69 and 75) shall both be temporary sealed and not opened except by further Order of Court.

Date:  November 29, 2005