**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01819-REB-MJW

JANE POSEN,

    Plaintiff/Counterclaim Defendant,

v.

MALKERSON GILLILAND MARTIN, LLP.,

    Defendant,

and

MICHAEL GILLILAND,

    Defendant/Counterclaim Plaintiff/Third-Party Plaintiff,

v.

FELIX POSEN and
DANIEL POSEN,

    Third Party Defendants/Additional Counterclaim Defendants.

---

## MINUTE ORDER

---

    The Stipulated Motion to Withdraw Without Prejudice Plaintiff's Motion to Dismiss Gilliland's Counterclaims [#85], filed December 6, 2005, is GRANTED and plaintiff's Motion to Dismiss Gilliland's Counterclaims [#34], filed November 4, 2005, is WITHDRAWN.

Dated: December 6, 2005

----------------------------------------------------------------------------------------------------------------